**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

THERESA ADAMS,

          Petitioner

          v.

DAVID A. VAUGHN, M.D., AND
SURGICAL SPECIALISTS OF
LANCASTER,

          Respondents

:  No. 306 MAL 2017
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.